BEFORE THE THIRD DIVISION, MARCH 11, 1958

**No. 61662.**—U. S. Asiatic Co., Inc. *v.* United States, protest 220230–K (A) (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that item No. 7003 is properly dutiable as decorated tableware, kitchenware, or table and kitchen utensils, and the official papers indicating that this merchandise was valued at $1.22 per dozen pieces, the claim of the plaintiff was sustained.